UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      CRIM NO.13-CR-20671-DT

CALVIN BENFORD,

        Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

        The matter has come before the court regarding the continued representation of Robert F. Kinney as counsel for the Defendant. Upon review of the motion and brief, and for the reasons stated on the record, the court has determined that there is sufficient reason for Mr. Kinney to be allowed to withdraw as counsel for the Defendant. Therefore, the Motion to Withdraw is GRANTED.

        IT IS ORDERED that the Federal Defender's Office appoint a member of the CJA panel to represent defendant Calvin Benford for these proceedings. A Status Conference with counsel is set for **February 11, 2014 at 10:00 am.**

        IT IS FURTHER ORDERED that the time period from **December 10, 2013 and February 11, 2014** shall be excludable from time calculation mandated by the Speedy Trial Act, 18:U.S.C.§3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

        IT IS FURTHER ORDERED that substitute counsel file an appearance and meet with Defendant as soon as practicable.

                                              s/ Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  December 16, 2013


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 16, 2013, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522